| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

JASON DENT, §
　　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:18-CV-192
　　　　　　　　　　　　　　　§
JEFF SESSIONS, U.S. ATTORNEY §
GENERAL, *et al.*, §
　　　　　　　　　　　　　　　§
　　　　Defendants. §

## MEMORANDUM OPINION AND ORDER

Plaintiff, Jason Dent, an inmate confined at USP Beaumont, proceeding *pro se*, filed this Motion for Emergency Injunction against numerous defendants.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the Motion for Emergency Injunction should be denied.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1] A copy of the Report and Recommendation was returned as "undeliverable" with the notation "RTS refused." (docket entry no. 4).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

SIGNED at Beaumont, Texas, this 26th day of June, 2018.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE